718

See, also, 33 F.Supp. 590.

Bacigalupi, Elkus & Salinger and Claude Rosenberg, all of San Francisco, Cal., and Gumpert & Mazzera, and Harry Mazzera, all of Stockton, Cal., for appellants Timetrust, Inc., and others.

Keyes & Erskine, Herbert W. Erskine, and Louis Ferrari, all of San Francisco, Cal., for appellants Bank of America and others.

Dreher, McClellan & McCarthy, J. Ed McClellan, and John L. McNab, all of San Francisco, Cal., for appellant John Grant.

Chester T. Lane, Gen. Counsel, and Christopher M. Jenks, both of Washington, D. C., Howard A. Judy, of San Francisco, Cal., J. Leonard Townsend, of Washington, D. C., E. Forrest Tancer, of San Francisco, Cal., Douglas M. Orr and Thomas A. Schwartz, both of Washington, D. C., for Securities and Exchange Commission.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing ordered motion of appellee to dismiss appeal herein withdrawn.

Further ordered, on stipulation, that the appeal herein be, and hereby is dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.